You must use black ink to fill out this form.

Your Name: MONTE MABRY
Mailing Address: 5619 Kenai Fjords Lp-
Anchorage, Alaska, 99502
Telephone: 907-230-4488 Message phone: (907) 230-4488

NOTE: If for any reason you do not wish the other party to know your physical address, you must still provide a mailing address so that the court and the other party can serve you by mail.

STATE OF ALASKA
THIRD DISTRICT
2020 FEB 13 PM 1:36
COURTS

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
AT Anchorage
City or Town where the Court is located

Monte Mabry
Plaintiff,

vs.

ConocoPhillips Alaska
Defendant.
ConocoPhillips Retirement Plan

Your Case No. 3AN-20-4604 CI

NOTICE OF Complaint

I, Monte Mabry, hereby give notice that the attached complaint has been mailed to the defendant along with the motion "motion for ConocoPhillips to pay promised retirement"

☑ More pages are attached and incorporated by reference.

I have filed the following documents with this Notice: 1. complaint
2. motion

Date: 2-13-2020

Your Signature (In blue ink if possible)

I certify that on 2-14-2020 a copy of this Notice and all supporting documents that are attached as indicated above was ☑ mailed ☐ hand delivered to:
☑ Opposing Party
☐ Opposing Lawyer
☐ AG ☐ CI
Your signature:

Page 1 of ___
SHC-1605 (3/03)
NOTICE OF FILING

```
Monte Mabry Pro Se
5619 Kenai Fjords Lp.
Anchorage, AK 99502
907 230-4488
```

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT AT ANCHORAGE

Monte Mabry, )
        ) Case No. 3AN-20-4604 CI
    Plaintiff, )
        ) **COMPLAINT**
  vs. )
        )
ConocoPhillips Alaska, )
        )
ConocoPhillips Retirement Plan, )
    Defendants

Monte Mabry brings forth the following causes of action and alleges the following:

1. Plaintiff is an individual and resident of Anchorage, Alaska.

2. Defendant is an Alaskan Corporation.

3. The Plaintiff worked 36 years, an entire career, for ConocoPhillips and ConocoPhillips Alaska Heritage companies namely BP Alaska, Phillips Alaska and Arco Alaska. Heritage companies are companies that were once separate

Summary of Pleading - 1

from ConocoPhillips but had their assets and employees
       absorbed into ConocoPhillips.


4. From about July 1, 2009 to March 31, 2018, the Plaintiff's
   age 60 pension specific benefit calculation was presented
   to the plaintiff on a regular basis by the defendant
   ConocoPhillips Alaska.


5. The Defendant also presented to the Plaintiff online
   pension annuity and lump-sum benefit calculations during
   this same time period.


6. To date the Defendant has only paid a fraction of the
   presented benefit which was promised to the plaintiff.



The Plaintiff brings forth the following counts and allegations
supporting his cause of action:

**Count 1. NEGLIGENCE**

Defendant failed to pay the Plaintiff the promised retirement
amount. The promised retirement amount was clearly stated in
writing by the Defendant in the years leading up to retirement.

**Count 2. NEGLIGENCE**

The Defendant waited until the Plaintiff had worked 36 years to "re-calculate" the retirement benefit amount to a much lower amount.

**Count 3. BREACH OF CONTRACT**

ConocoPhillips Alaska has not honored retirement promises made to the plaintiff leading to financial harm sustained by the plaintiff.

**DAMAGES**

WHEREFORE, Plaintiff seeks compensatory damages in the amount of $547,955.47. Delay of payment past March 1 2020, further harms the Plaintiff thus the Plaintiff also seeks compensatory damages of $2,171.78 per month for every month of delay beyond March 1, 2020. The Plaintiff may also seek compensatory damages for court costs and attorney fees.

For relevant arguments, exhibits, attachments and proposed order see:

**"Motion for ConocoPhillips to pay promised retirement"**

Summary of Pleading - 3

Dated this 13th day of February, 2020 at Anchorage, Alaska.

_____ Monte D. Mabry


Copy of this document *mailed* to:

ConocoPhillips Alaska Inc., 700 G. Street, Anchorage, Alaska, 99501

and

ConocoPhillips Retirement Plan, P.O. Box 661073, Dallas, Texas 75266-1073

14th February 2020. _____ Monte Mabry