UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

|  |  |
|---|---|
| Plaintiff(s), <br> vs. <br><br><br> Defendant(s). | Case No. <br><br> MOTION AND APPLICATION OF NON-ELIGIBLE ATTORNEY FOR PERMISSION TO APPEAR AND PARTICIPATE IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA |

To the Honorable Judge of the above-entitled court:

I, _____, hereby apply for permission to appear and
    (name)

participate as counsel for _____, _____,
                      (Name of party)         (plaintiff/defendant)

in the above-entitled cause pursuant to Rule 83.1 (d) of the Local Rules for the United States

District Court, District of Alaska.

I hereby apply for permission to appear and participate as counsel WITHOUT

ASSOCIATION of local counsel because [check whichever of the following boxes apply, if

any]:

    I am a registered participant in the CM/ECF System for the District of Alaska and consent

    to service by electronic means through the court's CM/ECF System.

    I have concurrently herewith submitted an application to the Clerk of the Court for

    registration as a participant in the CM/ECF System for the District of Alaska and consent

    to service by electronic means through the court's CM/ECF System.

    For the reasons set forth in the attached memorandum.

**OR**

I hereby designate _____, a member of the Bar of this court,
(Name)

who maintains an office at the place within the district, with whom the court and opposing counsel may readily communicate regarding conduct of this case.

DATE:

_____
(Signature)

_____
(Printed Name)

_____
(Address)

_____
(City/State/Zip)

_____
(Telephone Number)

_____
(e-mail address)

<u>Consent of Local Counsel</u>*

I hereby consent to the granting of the foregoing application.

DATE:

_____
(Signature)

_____
(Printed Name)

_____
(Address)

_____
(City, State, Zip)

_____
(Telephone)

(*Member of the Bar of the United States District Court for the District of Alaska)

DECLARATION OF NON-ELIGIBLE ATTORNEY

Full Name:

Business Address:                                         ,
                              (Mailing/Street)                                            (City, State, ZIP)

Residence:                                                     ,
                              (Mailing/Street)                                            (City, State, ZIP)

Business Telephone:                         e-mail address:

Other Names/Aliases:

Jurisdictions to Which Admitted and year of Admission:

| (Jurisdiction) | (Address) | (Year) |
|---|---|---|
| | | 2009 |
| (Jurisdiction) | (Address) | (Year) |
| | | 1998 |
| (Jurisdiction) | (Address) | (Year) |
| | | 2016 |
| (Jurisdiction) | (Address) | (Year) |

**Please see attached sheet for additional jurisdictions.**

Are you the subject of any pending disciplinary proceeding in any jurisdiction to which admitted?

Yes       No      (If Yes, provide details on a separate attached sheet)

Have you ever been suspended from practice or disbarred in any jurisdiction to which admitted?

Yes       No      (If Yes, provide details on a separate attached sheet)

In accordance with D.AK. LR 83.1(d)(4)[A](vi), I certify I have read the District of Alaska local rules by visiting the court's website at http://www.akd.uscourts.gov and understand that the practices and procedures of this court may differ from the practices and procedures in the courts to which I am regularly admitted.

A Certificate of Good Standing from a jurisdiction to which I have been admitted is attached.

Pursuant to 28 U.S.C. §1746, I hereby declare under penalty of perjury that the foregoing information is true, correct, and accurate.

Dated:

                                                                           (Signature of Applicant)

| Jurisdiction | Address | Year |
|---|---|---|
| U.S. Ct. of Appeals, 7th Cir. | 219 S. Dearborn St., Chicago, IL 60604 | 2007 |
| U.S. Ct. of Appeals, 10th Cir. | 1823 Stout St., Denver, CA 80257 | 1999 |
| U.S. Ct. of Appeals, 11th Cir. | 56 Forsyth St., N.W., Atlanta, GA 30303 | 2011 |
| U.S. Dist. Ct., Northern Dist. of Cal. | 450 Golden Gate Ave., San Francisco, CA 94102 | 1997 |
| U.S. Dist. Ct., Eastern Dist. of Cal. | 501 I St., Sacramento, CA 95814 | 2001 |
| U.S. Dist. Ct., Central Dist. of Cal. | 350 W. First St., Los Angeles, CA 90012 | 1998 |
| U.S. Dist. Ct., Southern Dist. of Cal. | 221 W. Broadway, San Diego, CA 92101 | 1997 |
| U.S. Dist. Ct., Eastern Dist. of Mich. | 231 W. Lafayette Blvd., Detroit, MI 48226 | 2014 |



# The State Bar of California

**OFFICE OF ATTORNEY REGULATION & CONSUMER RESOURCES**

180 Howard Street, San Francisco, CA 94105 · 888-800-3400 · AttorneyRegulation@calbar.ca.gov

## CERTIFICATE OF STANDING

March 6, 2020

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, TERESA SUSAN RENAKER, #187800 was admitted to the practice of law in this state by the Supreme Court of California on April 18, 1997 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Dina DiLoreto
Custodian of Records