Joe Teig, AK Bar No. 1710052
HOLLAND & HART, LLP
1029 W. Third Avenue, Suite 550
Telephone: (907) 865-2600
Fax: (907) 865-2680
JTeig@hollandhart.com

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| MONTE MABRY,<br><br>            Plaintiff,<br><br>vs.<br><br>CONOCOPHILLIPS ALASKA and CONOCOPHILLIPS RETIREMENT PLAN,<br><br>            Defendants. | **DECLARATION OF MATTHEW G. SHERIDAN**<br><br>Case No. 3:20-cv-00039-SLG |

I, Matthew G. Sheridan, hereby declare as follows:

(1)    Personal Data:

        Attorney's Name:        Matthew G. Sheridan
        Firm Affiliation:          Baker Botts L.L.P.
        Mailing Address:        910 Louisiana Street
                                        Houston, Texas 77002
        Business Telephone:     (713) 229-1568
        Business Fax:             (713) 229-7968

(2)    Bar Admission Information: I certify that I am a member in good standing of the Texas Bar Association, Bar No. 24088404, admitted in 2013 (see attached

Exhibit A).

I am admitted to practice law in the following courts:

> Federal: U.S. District Court for the Southern District of Texas
> U.S. District Court for the Northern District of Texas
> U.S. District Court for the Eastern District of Texas
> U.S. District Court for the Western District of Texas
> U.S. District Court of Colorado
> U.S. District Court of North Dakota
> U.S. Court of Appeals for the Fifth Circuit
>
> State: Texas

(3) Certification of Disciplinary Proceedings: I certify that I am not now, nor have I ever been subject to any disciplinary action or proceedings by any State or Federal bar association or administrative agency.

(4) Certification as to Local Rules: In accordance with LR 83.1(d)(4)[A](vi), I certify that I have read the District of Alaska local rules by visiting the court's website at http://www.akd.uscourts.gov and understand that the practices and procedures of this court may differ from the practices and procedures in the courts to which I am regularly admitted.

(5) CM/ECF System: I have concurrently herewith submitted an application to the Clerk of Court for registration as a participant in the CM/ECF system for the District of Alaska.

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury of the law of the United States of America that the foregoing information is true and correct to the best of my belief.

DECLARATION OF MATTHEW G. SHERIDAN - Page 2
*Mabry v. ConocoPhillips Alaska, et al.;* Case No. 3:20-cv-00039-SLG

DATED: June 11, 2020

/s/ Matthew G. Sheridan
Matthew G. Sheridan,
Texas Bar Number 24088404
BAKER BOTTS L.L.P.
910 Louisiana Street
Houston, Texas 77002
Telephone: (713) 229-1568
Facsimile: (713) 229-7968
matthew.sheridan@bakerbotts.com

DECLARATION OF MATTHEW G. SHERIDAN - Page 3
*Mabry v. ConocoPhillips Alaska, et al.;* Case No. 3:20-cv-00039-SLG

# CERTIFICATE OF SERVICE

I certify that the foregoing document was filed electronically via the United States Court for the District of Alaska using the CM/ECF System, which will send electronic notifications of such filings to the attorneys of record in this case as follows:

Kirsten Gibney Scott

Teresa Susan Renaker

*/s/ Joe Teig*

DECLARATION OF MATTHEW G. SHERIDAN - Page 4
*Mabry v. ConocoPhillips Alaska, et al.;* Case No. 3:20-cv-00039-SLG