# UNITED STATES DISTRICT COURT

# DISTRICT OF ALASKA

| | |
|---|---|
| MONTE MABRY<br><br>                                    Plaintiff(s),<br>vs.<br>CONOCOPHILLIPS COMPANY,<br>BENEFITS COMMITTEE OF THE<br>CONOCOPHILLIPS RETIREMENT PLAN ☐<br>                                    Defendant(s). | Case No. 3:20-cv-00039-SLG<br><br>MOTION AND APPLICATION OF<br>NON-ELIGIBLE ATTORNEY FOR<br>PERMISSION TO APPEAR AND<br>PARTICIPATE IN THE<br>UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF ALASKA |

To the Honorable Judge of the above-entitled court:

I, Christopher C. Scheithauer                    , hereby apply for permission to appear and
         (name)

participate as counsel for  Alight Solutions LLC                      ,  Defendant                ,
                            (Name of party)                              (plaintiff/defendant)

in the above-entitled cause pursuant to Rule 83.1 of the Local Rules for the United States

District Court, District of Alaska.

I hereby apply for permission to appear and participate as counsel WITHOUT

ASSOCIATION of local counsel because [check whichever of the following boxes apply, if

any]:

☐       I am a registered participant in the CM/ECF System for the District of Alaska and consent

        to service by electronic means through the court's CM/ECF System.

☐       I have concurrently herewith submitted an application to the Clerk of the Court for

        registration as a participant in the CM/ECF System for the District of Alaska and consent

        to service by electronic means through the court's CM/ECF System.

☐       For the reasons set forth in the attached memorandum.

# OR

I hereby designate  Clinton M. Campion , a member of the Bar of this court,
(Name)

who maintains an office at the place within the district, with whom the court and opposing counsel may readily communicate regarding conduct of this case.

DATE: August 5, 2020

/s/ Chris C. Scheithauer
(Signature)

Christopher C. Scheithauer
(Printed Name)

610 Newport Center Drive, Suite 700
(Address)

Newport Beach, CA 92660
(City/State/Zip)

949.717.3000
(Telephone Number)

cscheithauer@calljensen.com
(e-mail address)

## Consent of Local Counsel*

I hereby consent to the granting of the foregoing application.

DATE: August 7, 2020

/s/ Clinton M. Campion
(Signature)

Clinton M. Campion
(Printed Name)

500 L Street, Suite 500
(Address)

Anchorage, Alaska 99501
(City, State, Zip)

907.677.3600
(Telephone)

(*Member of the Bar of the United States District Court for the District of Alaska)

# DECLARATION OF NON-ELIGIBLE ATTORNEY

Full Name: Christopher C. Scheithauer

Business Address: 610 Newport Center Drive, Newport Beach, CA 92660
(Mailing/Street) (City, State, ZIP)

Residence: 18 Pamela Way, Trabuco Canyon, CA 92679
(Mailing/Street) (City, State, ZIP)

Business Telephone: 949.717.3000     e-mail address: cscheithauer@calljensen.com

Other Names/Aliases:

Jurisdictions to Which Admitted and year of Admission:

| Jurisdiction | Address | Year |
|---|---|---|
| Central District of California | 350 W 1st Street, Suite 4311 Los Angeles, CA 90012 | 1998 |
| Northern District of California | 450 Golden Gate Ave., San Francisco, CA 94102 | 1998 |
| California Supreme Court | 350 McAllister St, #1295, San Francisco, CA 94102 | 1996 |
| 9th Circuit US Court of Appeal | 95 7th Street, San Francisco, CA 94103 | 2008 |

Are you the subject of any pending disciplinary proceeding in any jurisdiction to which admitted?

Yes ☐  No ☒  (If Yes, provide details on a separate attached sheet)

Have you ever been suspended from practice or disbarred in any jurisdiction to which admitted?

Yes ☐  No ☒  (If Yes, provide details on a separate attached sheet)

In accordance with Local Rule 83.1, I certify I have read the District of Alaska local rules by visiting the court's website at http://www.akd.uscourts.gov and understand that the practices and procedures of this court may differ from the practices and procedures in the courts to which I am regularly admitted.

A Certificate of Good Standing from a jurisdiction to which I have been admitted is attached.

Pursuant to 28 U.S.C. §1746, I hereby declare under penalty of perjury that the foregoing information is true, correct, and accurate.

Dated: August 7, 2020

/s/ Chris C. Scheithauer
(Signature of Applicant)



# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

CERTIFICATE OF THE CLERK OF THE SUPREME COURT

OF THE

STATE OF CALIFORNIA

### *CHRISTOPHER CHARLES SHCEITHAUER*

*I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that CHRISTOPHER CHARLES SCHEITHAUER, #184798, was on the 9th day of December 1996, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 16th day of July 2020.*

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By: _____
*Karissa Castro, Deputy Clerk*