IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MONTE MABRY,<br><br>        Plaintiff,<br><br>vs.<br><br>CONOCOPHILLIPS COMPANY, BENEFITS COMMITTEE OF THE CONOCOPHILLIPS RETIREMENT PLAN, and ALIGHT SOLUTIONS LLC, Defendants.<br><br>        Defendants. | 3:20-cv-00039-SLG |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties, by their undersigned counsel, hereby stipulate and agree to DISMISSAL of this action WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Respectfully submitted.

Dated: April 13, 2022

RENAKER HASSELMAN SCOTT LLP

By: *s/ Teresa S. Renaker*

Teresa S. Renaker
*(Appearing Pro Hac Vice)*
505 Montgomery Street, Suite 1125
San Francisco, CA 94111
Telephone: (415) 653-1733
teresa@renakerhasselman.com

*Attorneys for Plaintiff,*
*Monte Mabry*

Dated: April 13, 2022

CALL & JENSEN

By: *s/ Chris C. Scheithauer*

Chris C. Scheithauer
*(Appearing Pro Hac Vice)*
610 Newport Center Drive, Suite 700
Newport Beach, CA 92660
Telephone: 949-717-3000
Email: cscheithauer@calljensen.com

*Attorney for Defendant*
*ALIGHT SOLUTIONS LLC*

Dated: April 13, 2022

BAKER BOTTS LLP

By: *s/ Matthew G. Sheridan*

Matthew G. Sheridan
Travis J. Sales
910 Louisiana
Houston, TX 77002
713-229-1568
Email: matthew.sheridan@bakerbotts.com
Travis.sales@bakerbotts.com

*Attorneys for Defendants ConocoPhillips*
*Company and Benefits Committee of the*
*ConocoPhillips Retirement Plan*

**Certificate of Service – Local Rule 5.1(e)**

The filing attorney attests that this document has been served on the persons who authorized filing with their electronic signatures.

Dated: April 13, 2022

RENAKER HASSELMAN SCOTT LLP

By: *s/ Teresa S. Renaker*

Teresa S. Renaker

*Attorneys for Plaintiff,*
*MONTE MABRY*